AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ELIZABETH SCOTT<br><br>*Plaintiff(s)*<br>v.<br>FREE MONEY PUBLICATIONS, LLC and JAMES CLARK, an individual<br><br>*Defendant(s)* | Civil Action No. 9:23cv81492 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FREE MONEY PUBLICATIONS, LLC
C/O REGISTERED AGENT JAMES CLARK
6810 FRONT STREET #41
KEY WEST, FL 33040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBERT DROLET, ESQ.
1700 E. LAS OLAS BLVD, SUITE 207
FORT LAUDERDALE, FL 33301
rob@baileyduquette.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Nov 17, 2023

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts